UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CR. NO. 5:24-MJ-56 |
|---|---|---|
| v. | : | (Saporito, MJ) |
| JULIAN DEUERLEIN, Defendant | : | |

## MOTION TO UNSEAL THE CASE

The United States Attorney for the Middle District of Pennsylvania and Assistant United States Attorney, Luisa Honora Berti, respectfully move the Court to unseal the case except for the Affidavit of Probable Cause attached to the Complaint.

Respectfully submitted,

GERARD M. KARAM
United States Attorney

/s/ Luisa Honora Berti
Assistant United States Attorney